# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)**

**Case Name**

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

Relief is needed no later than *(date)*:

The following will happen if relief is not granted within the requested time:

I could not have filed this motion earlier because:

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**  *1*  Rev. 11/21/2019

I requested this relief in the district court or other lower court: ☐ Yes ☐ No

If not, why not:

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ☐ Yes ☐ No

If not, why not:

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*:

By *(method)*:

Position of other parties:

Name and best contact information for each counsel/party notified:

I declare under penalty of perjury that the foregoing is true.

**Signature** [signature]  **Date**
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 16**                                    2                          Rev. 11/21/2019