UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**Docket 24-6015**
**Case 1:24-CV-1395-IM**

**EMERGENCY MOTION Under CIRCUIT RULE 27-3 RELIEF NEEDED BY 10/31/2024**

**David White, Pro Se P1**
18965 NW Illahe St,
**Portland, OR.**
dave@salmonprotectiondevice.com
503-608-7611
Tom Doud Plaintiff Pro Se P2
4254 Chevy Chase Dr, La Cañada
Flintridge, CA, USA 97011
213-248-7832
tdoud4@gmail.com


**vs.**
**Defendant 1. (D1)**
**Susana Dietrich**
**601 Jackpine Dr,**
**Grants Pass, OR 97526**
**2140 Bobcat Ave SW**
**Albany, OR 97321-4872**
**mitt@dietrichconst.com**
**541-974-3251**

**Defendant 2. (D2)**
**Mary Lou Soscia in her**
**Personal capacity as President of**
**Water Watch of Oregon**

**Defendant 3 (D3)**

1. **Bryan Sohlin in his personal capacity as Vice**
2. **President of Water Watch of Oregon**
3. **213 SW Ash St., Suite 208**
4. **Portland, OR 97204**
5. 
6. **Defendant 4 (D4)**
7. **Neil Brandt in his personal capacity as**
8. **Executive Director of**
9. **Water Watch of Oregon**
10. **213 SW Ash St., Suite 208**
11. **Portland, OR 97204**
12. **503-295-4039x 101**
13. neil@waterwatch.org
14. 
15. Melanie Klym (D5)
16. River Design Group
17. 311 SW Jefferson Avenue
18. Corvallis, Oregon 97333
19. Phone: 541.738.2920
20. info@riverdesigngroup.com
21. Legal Counsel for Water Watch defendants
22. Kaitlin Lovell
23. Attorney-Advisor
24. 213 SW Ash St., Suite 208
25. Portland, OR 97204
26. 213 SW Ash St., Suite 208
27. Portland, OR 97204
28. (503) 295-4039
29. info@waterwatch.org
30. 
31. Janette Brimmer
32. jbrimmer@earthjustice.org
33. Molly Tack-Hooper
34. mtackhooper@earthjustice.org
35. 
36. 
37. 1)18 USC 3 accessory after the fact.
38. 2) 16 USCA § 1532(19); see also Goble, D. D.; George, S. M.; Mazaika, K.;

3) Scott, J. M. & Karl, J. (1999) "Local and national protection of endangered species: An assessment," Environmental Science & Policy, 2, pp. 43-59.

4) 18 U.S. Code § 41 - Hunting, fishing, trapping; disturbance or injury on wildlife refuges.

5) The Endangered Species Act of 1973,

https://www.fws.gov/laws/endangered-species-act/section-11

6) 18 U.S.C. § 1001 False Statements, Concealment.

7) 29 CFR § 1606.8 (1) – Harassment Has the purpose or effect of creating an intimidating, hostile or offensive working environment.

8) 28 U.S. Code § 4101 The term "defamation" means any action or other proceeding for defamation, libel, slander, or similar claim alleging that forms of speech are false, have caused damage to reputation or emotional distress, have presented any person in a false light, or have resulted in criticism, dishonor, or condemnation of any person.

9) 33 U.S.C. §1251 et seq. (1972) Clean water act Section 404.

10) 29 CFR § 1606.8 (1).

11) 28 U.S. Code § 4101.

12) 22–451 June 28th, 2024 Loper Bright Enterprises v. Raimondo and Relentless, Inc. v. Department of Commerce.
https://www.supremecourt.gov/opinions/23pdf/22-451_7m58.pdf

13) 29 CFR § 1606.8 (1).

14) 28  U.S. Code § 4101.

15) Judges Code of Conduct, Canons 2 and 3;
https://www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges

16) 18 U.S.C. 4 says, "Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined under this title or imprisoned not more than three years, or both."

17) 28 U.S. Code § 455 (b), (1)- Disqualification of justice, judge, or magistrate judge. In this case obstruction of justice by unnecessary delay of Proceedings in Forma Pauperis.

18) 28 U.S. Code § 144 which says Where he (The Judge) has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding.

19) Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002): Pagtalunan was Pro Se and made numerous mistakes in filing his complaint resulting in the case being dismissed. However, upon appeal, the higher Court ruled that the lower Court was in error because they did not give allowance for Pagtalunan's lack of legal training.

CIRCUIT RULE 27-3. EMERGENCY MOTIONS

Plaintiff notified Defendants' legal Counsel and the Appeals Court early morning 10/24/2024.

Plaintiff has completed Form 16 and will upload it at the same time this emergency motion is filed.

The claimed emergency is: 1. Defendants illegally removed the

Pomeroy Dam on the Illinois river without permits. The town of Cave Junction will be covered with two to four feet of Flood water starting in March, 2025. 2. Army Corp of Engineers is issuing Section 404/408 permits and a joint application by their emergency procedures. 3. Plaintiff needs the $1 million ASAP to pay for CAD work and acquire a contractor.

Please see PETITION FOR WRIT OF MANDAMUS PURSUANT TO 18 U.S.C. § 3771(d)(3), filed with this motion, for more facts on why this is an emergency.

## **PRAYER FOR RELIEF**

1. Plaintiff respectfully requests the Federal Court to acknowledge legal standing already granted by the lower court, Federal Environmental laws broken, and associated 7 Values denied to Plaintiffs, local stakeholders, and class action members due to harms inflicted by D1, D23' malfeasance.

2. Plaintiff respectfully requests the Federal Court to initiate strong adjudication of Defendants to the Federal Prosecutor for felony charges against their acts of vandalism.

3. Plaintiff hereby respectfully requests the Court to charge Plaintiff and his team of engineers and scientists with the task of restoring the Illinois River back to its Original Wild and Scenic condition with dam, **fish ladder,** and a water wheel for power generation.

4. Grant Injunctive Relief to halt all further vandalism of the Pomeroy Dam.

5. Also, we entreat the Court to issue a Summary Judgment because Defendants continue to ignore what they are legally required to do by the Army Corp of Engineers, and the Federal Clean Water Act, Section 404. The gravity of this case requires a court order that commands a government official or entity to perform an act it is legally required to perform as part of its official duties, or refrain from performing an act the law forbids.

6. Plaintiff hereby respectfully requests the court to order Defendants to immediately stop deconstruction plans of any dam and transfer all remaining control and funds to Salmon Protection Device non-profit for remediation.

Salmonprotectiondevice.com retains engineers and scientists who know how to mitigate the contaminated silt, dredge behind the dam

site, and install a fish ladder on the new Pomeroy Dam.

7. Plaintiff hereby respectfully requests the court to provide relief for and take judicial notice of the lethal environmental consequences D23's actions, which must cease immediately.

8. The Court is entreated to rule the Salmon Protection Device remediation team commence the task of project mitigation immediately, to avoid more lethal environmental consequences of D23's gross negligence.

9. Plaintiff respectfully requests the Federal Court to provide any cost up to $1 million to Plaintiff's mitigation team as the court sees fit.

**CERTIFICATE OF SERVICE**
I hereby certify that on October 24th, 2024, a true and correct copy of the above document was electronically filed with the Clerk of the Court using CM/ECF. A copy of the document will be served upon interested parties via the Notices of Electronic Filing that are generated by CM/ECF. Additionally, a courtesy copy is being provided as follows:

Attorney for Legal Counsel for D23 defendants

Kaitlin Lovell

Attorney-Advisor

1. 213 SW Ash St., Suite 208
2. 
3. Portland, OR 97204
4. 
5. 213 SW Ash St., Suite 208
6. 
7. Portland, OR 97204
8. 
9. (503) 295-4039
10. 
11. info@waterwatch.org
12. 
13. Janette Brimmer
14. 
15. jbrimmer@earthjustice.org
16. 
17. Molly Tack-Hooper
18. 
19. mtackhooper@earthjustice.org
20. 
21. mitt@dietrichconst.com
22. 
23. info@riverdesigngroup.com
24. 
25. 
26. 
27. ___ Via hand delivery
28. ___ Via U.S. Mail, 1st Class,
29. Postage Prepaid
30. ___ Via Overnight Delivery
31. ___ Via Facsimile
32. XX Via Email
33. XX Via CM/ECF notification
34. to the extent registered DATED: October 24th, 2024
35. By: David White
36. 
37. [signature]

1  David C. White Pro Se. October 24th, 2024
2